No. 10–7792.  HUDON *v.* HELLING, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7793.  FLIPPO *v.* MCBRIDE, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–7795.  FIELDS *v.* IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 10–7797.  ANDERSON *v.* CLINE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–7799.  COOPER *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–7802.  LENTON *v.* STOLL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–7805.  ROMES *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–7808.  WHITE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–7809.  LANKFORD *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–7812.  MERCADO *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 10–7820.  MERTENS *v.* SHENSKY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 10–7822.  WICKS *v.* BROWN, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–7826.  CHAPPELL *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 10–7829.  SMITH *v.* CHAMBERLAIN ET AL.  C. A. 3d Cir. Certiorari denied.